# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1270 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Marius Powell vs. Lt. McNamara | | |

**DOCKET ENTRY TEXT**

Plaintiff Powell's application to proceed in forma pauperis is granted. (3-1) Powell is assessed an initial payment of $5 and the trust fund officer is directed to collect monthly payments from Powell's account and forward to the Clerk until the full $350 filing fee is paid. Powell is ordered to file an original and four copies of page 1 of his Complaint on or before March 17, 2008, failing which both the Complaint and this action would have to be dismissed for failure to comply with court rules.

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|