```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

MARIUS POWELL #20070075987,       )
                                  )
                Plaintiff,        )
                                  )
    v.                            )    No.  08 C 1270
                                  )
LT. McNAMARA, et al.,             )
                                  )
                Defendants.       )
```

<u>MEMORANDUM ORDER</u>

Marius Powell ("Powell") has filed (1) most (but not all) of a self-prepared 42 U.S.C. §1983 ("Section 1983") Complaint against three law enforcement personnel assigned to the Cook County Jail, where Powell is in custody and (2) an In Forma Pauperis Application ("Application") together with the printout of transactions in Powell's trust fund account at the Jail that is required by 28 U.S.C. §1915 ("Section 1915"). This memorandum order deals both with the problem posed by Powell's Complaint and with the Application as well.

First, as to the latter, the average monthly deposits to Powell's account during the two months covered by the trust fund printout amount to $25 a month. That means that the Application is granted (that is, Powell need not pay the $350 filing fee <u>in advance</u>), but Powell is obligated to pay the entire fee in installments, commencing with an initial payment of $5 (see Section 1915(b)(1)). Accordingly a copy of this memorandum order is being sent to the trust fund officer at the County Jail with

instructions to remit that $5 sum to the Clerk of this District Court at the following address as soon as the balance in the account is sufficient for that purpose:

>     Office of the Clerk
>     United States District Court
>     219 South Dearborn Street
>     Chicago IL 60604
>
>     Attention:  Fiscal Department

After such payment, the trust fund officer at County Jail (or at any other correctional facility where Powell may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account.  Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.  Both the initial payment and all future payments shall clearly identify Powell's name and the 08 C 1270 case number assigned to this action.

As for the Complaint, Powell has submitted only pages 2 through 6 of the Section 1983 form provided by the Clerk's Office, with page 1 missing.  Powell is ordered to file an original and four copies of page 1 (enough to provide one for this Court and one for service on each of the three named defendants) on or before March 17, 2008, failing which both the Complaint and this action would have to be dismissed for failure to comply with court rules.  Upon receipt of the required pages,

an initial scheduling order will be entered and this case may go forward.

```
                            _____
                            Milton I. Shadur
                            Senior United States District Judge
```

Date:  March 5, 2008