UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

MAR 14 2008
Mar 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MARIUS Powell

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

LT. McNamara
SGT. Selemi
OFC. McHugh

Case No: 08CV1270
(To be supplied by the Clerk of this Court)

PAGE ONE OF COMPLAINT from plaintiff
with Judge's Copy and three service copies
pursuant to the 3/5/08 Order

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

☑ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.