Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1270 | **DATE** | 4/28/2008 |
| **CASE TITLE** | Marius Powell vs. Lt. McNamara | | |

**DOCKET ENTRY TEXT**

The Clerk is directed to issue summons and forward them to the United States Marshal for service of process. A status hearing is set for June 9, 2008 at 8:45 a.m.  Defendant's counsel is to arrange to make plaintiff available by telephone for the June 9, 2008 status hearing.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|