To the Prisoner Correspondent,                         April 25, 2008

**Change of Address**

Per your instructions and request of a Memorandum Order for case #: 08 C 1270, page one of 42 U.S.C 1983 was filed on March 14, 2008. I have still not recieved a reply or confirmation of the reciept of this requested page (page 1). Please respond and reply to the following address. Take note that this is my mailing address until further notice. I have left the Cook County Jail.

Sincerly,
Marius C. Powell
Case #: 08 C 1270

Please Respond to:
M. Powell
7520 N. Ridge - Apt 7S
Chicago, IL. 60645

**FILED**

MAY 1 2008  new

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT