FILED
JUN 1 6 2008
6-16-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Honorable Judge Milton I. Shadur,

My name is Marius C. Powell, I have a case before your court. It is case number 08 C 1270. I am writing to you because a court order that you sent to me and the defendents counsel was not adhered to. You sent said court order for a status hearing on June 9th, 2008, via a conference call at 8:45 a.m. This call was to be set up by defendents counsel. I was never contacted by defendents counsel. The legal department here at the Cook County Jail says they have no knowledge of said court order. The Social Worker, a Ms. Caldwell said this type of call is usually routed through her office. She says that she was never notified about the call. I wanted to let you know about this as soon as possible, but it is sometimes hard to get to the law library because of the system that is used to delegate these law library requests. I did mail a letter a couple of weeks ago, but I am not sure if you even got it. You see, I've recieved my legal mail already opened, so I'm not so sure about how well they follow procedure at this jail. I am hoping that this letter will help to disperse the apparent confusion concerning your court order concerning my very important case.
I look forward to your response.

Sincerly,
Marius C. Powell
#20070075987
Cook County Jail
Division 8-Unit E3
P.O. Box: 089002
Chicago, Il. 60608

June 11, 2008

SUSCRIBED and AFFIRMED before me this
11th day of June, 2008.



# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE REQUEST FORM

Please request only one(1) of the following service(s):

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs.
- ☐ Ged - 21yrs. & over
- ☒ Other

- ☐ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary

- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

**Detainee Name:** MARCUS POWELL
**Detainee ID#:** 2007-007-5987
**Division:** 8
**Date Submitted:** 06-09-08
**Court Date:** 07-24-08
**Living Unit:** G3

**Detainee Signature:** Marcus Powell

I was supposed to have a conference call with Federal Judge Shadur with regards to a complaint I signed. Defendants counsel was to set up call and contact me. Nothing happened.

**Staff Signature:** _____

**Date-Detainee Received Response/Serviced:** _____

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1270 | **DATE** | 4/28/2008 |
| **CASE TITLE** | Marius Powell vs. Lt. McNamara | | |

**DOCKET ENTRY TEXT**

The Clerk is directed to issue summons and forward them to the United States Marshal for service of process. A status hearing is set for June 9, 2008 at 8:45 a.m. Defendant's counsel is to arrange to make plaintiff available by telephone for the June 9, 2008 status hearing.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|