IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

MARIUS POWELL #20070075987         )
                                   )
            Plaintiff,             )
                                   )
Vs.                                )
                                   )   Case No. 08 C 1270
Lt. McNamara, et al,               )
                                   )
            Defendents.            )
                                   )
                                   )
                                   )

### MEMORANDUM LETTER

To the Honorable Judge Milton I. Shadur;

My name is Marius Powell. I presently have a case before your bench. I am writing to you because a court order that you sent to me and the defendent's counsel was not adhered to. You sent said court order on 04/28/08, for a status hearing on 06/09/08 at 8:45 a.m. This call was not set up by defendent's counsel as you ordered. The Legal Department here at the Cook County Jail says that they have no knowledge of your court order. The Social Worker that checked this out for me, a Ms. Hollins, said that this type of call is usually routed through her office. She says that she has not been notified about the call. I wanted to let you know about this as soon as possible, but it is sometimes hard to get to the Law Library because of the system in place that delegates these requests for legal assistance. I did mail a letter to your court a couple of weeks ago, but I'm not even sure that you recieved it. You see, I've recieved my legal mail regarding this case already opened on one occaision.(the aforementioned court order), so I am not so sure about how well they follow proper procedure at this jail. I am hoping that this letter will help to dispel the apparent confusion with regards to your court order. I look forward to your response.

Page 2.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

MARIUS POWELL #20070075987            )
                                      )
              Plaintiff               )
                                      )
Vs.                                   )
                                      )   Case No. 08 C 1270
Lt. McNamara, et al                   )
                                      )
              Defendents.             )
                                      )
                                      )
                                      )

MEMORANDUM LETTER (Cont.)

Thank you very much for your time.

                                                  Marius Powell-Plaintiff
                                                  #20070075987
                                                  Cook County Jail
                                                  Division 8-Unit E3
                                                  P.O.Box: 089002
                                                  Chicago, IL. 60608

SUSCRIBED and AFFIRMED on this
12th day of June, 2008

"OFFICIAL SEAL"
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011

 Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1270 | **DATE** | 4/28/2008 |
| **CASE TITLE** | Marius Powell vs. Lt. McNamara | | |

**DOCKET ENTRY TEXT**

The Clerk is directed to issue summons and forward them to the United States Marshal for service of process. A status hearing is set for June 9, 2008 at 8:45 a.m. Defendant's counsel is to arrange to make plaintiff available by telephone for the June 9, 2008 status hearing.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

08C1270 Marius Powell vs. Lt. McNamara                                                                                                    Page 1 of 1

**COOK COUNTY DEPARTMENT OF CORRECTIONS**
**DETAINEE REQUEST FORM**

Please request only one(1) of the following service(s):

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs.
- ☐ Ged - 21 yrs. & over
- ☑ Other
- ☐ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary
- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

Detainee Name: MARCUS POWELL
Detainee ID#: 20070075957
Division: 8   Living Unit: E3
Date Submitted: 06-09-08
Court Date: 07-04-08

Detainee Signature: Marcus Powell

I was supposed to have a conference call with Federal Judge Shadur with regards to a complaint I signed. Defendants counsel was to set up call and contact me. Nothing happened.

Staff Signature:
Date Detainee Received Response/Serviced:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | |
|---|---|
| MARIUS POWELL #20070075987 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| Lt. McNamara, et al, ) | Case No. 08 C 1270 |
| ) | |
| Defendents. ) | |
| ) | |
| ) | |
| ) | |

CERTIFICATE OF SERVICE

I, Marius Powell, swear under penalty of perjury that I served a copy of the attached document on the Honorable Richard Devine, Illinios State Attonerny, attorney for Lt. McNamara. et al., by placing it in the mail at the Cook County Jail Correctional Center on 06/12/08.

*[signature]*
Marius Powell-Plaintiff
#20070075987
Cook County Jail
Division 8-Unit E3
P.O.Box: 089002
Chicago, IL. 60608

SUSCRIBED and AFFIRMED before me this
12th day of June, 2008

*[signature]*

"OFFICIAL SEAL"
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011