IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

**FILED**
JUN 2 4 2008
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MARIUS POWELL #20070075987, )
)
    Plantiff, )
)
Vs. )
) Case No. 08 C 1270
Lt. McNamara, et al, )
)
    Defendents )
)
)

<u>MEMORANDUM LETTER</u>

To the Federal Clerk:

  The packet of information that proceeded this packet was incorrect and not in the proper format. There was information that was incorrect. Such as, the Social Workers name. Her correct name is Ms. Hollins, not Ms. Caldwell. Please accept my apologies. This packet of information <u>supercedes</u> the last packet already recieved.

                     Marius Powell-Plantiff
                     #20070075987
                     Cook County Jail
                     Division 8-Unit E3
                     P.O.Box: 089002
                     Chicago, Il. 60608

SUBSCRIBED and AFFIRMED before me this
12th day of June, 2008.

"OFFICIAL SEAL"
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011