IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIUS C. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08-cv-1270 |
| | ) | Judge Shadur |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| LT. MCNAMARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW THE APPEARANCE OF MICHELLE L. MARTIN AS COUNSEL FOR PLAINTIFF

NOW COMES Michelle L. Martin of The Roth Law Group, LLC, an attorney of record for Plaintiff, Marius C. Powell ("Powell"), and pursuant to the requirements of Rule 1.16 of the Illinois Rules of Professional Conduct and Northern District of Illinois Local Rule 83.17, moves this Honorable Court for leave to withdraw her appearance as counsel for Plaintiff. In support of her Motion, Ms. Martin states as follows:

1. On March 3, 2008, Powell filed the instant Complaint. *See* Docket Entry 1.

2. On June 20, 2008, Karl W. Roth was appointed counsel for Powell by this Court. *See* Docket Entry 13.

3. On July 1, 2008, Karl W. Roth and Michelle L. Martin, both of The Roth Law Group, LLC, filed an appearance as counsel for Plaintiff in this matter. *See* Docket Entries 18-19.

4. Karl W. Roth is the lead attorney on this case and a member of this Court's trial bar. *See* Docket Entry 18.

5. Accordingly, the withdrawal of Michelle L. Martin as Plaintiff's attorney should not delay these proceedings or cause prejudice to Defendants.

WHEREFORE, Michelle L. Martin moves this Honorable Court to enter an order giving her leave to withdraw as counsel for Plaintiff.

Respectfully submitted,

Marius C. Powell

By: /s/ Michelle L. Martin
One of Plaintiff's Attorneys

Karl W. Roth
Michelle L. Martin
THE ROTH LAW GROUP LLC
Attorneys for Plaintiff
111 West Washington St., Ste. 1437
Chicago, IL 60602
(312) 419-9599