IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIUS C. POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08-cv-1270 |
| | ) | Judge Shadur |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| LT. MCNAMARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   N/A: Defendants not yet served

On **July 31, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Judge occupying Room 2303, in the United States District Court for the Northern District of Illinois, and we will then and there present **Plaintiff's Motion to Withdraw the Appearance of Michelle L. Martin as Counsel for Plaintiff**, a copy of which is attached hereto.

By:   /s/ Michelle L. Martin
One of Plaintiff's Attorneys

Karl W. Roth
Michelle L. Martin
THE ROTH LAW GROUP LLC
Attorneys for Plaintiff
111 W. Washington St., Ste. 1437
Chicago, IL 60602
(312) 419-9599