Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1270 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Marius Powell vs. LT. McNamara, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to withdraw is granted. (20-1) Enter Order. The appearance of Michelle L. Martin is withdrawn.

■ [ For further detail see separate order(s).]

00:5

2008 JUL 32 AM 6:20

U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | SN |
|---|---|---|