IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIUS C. POWELL, | ) |
| Plaintiff, | ) |
| | ) Case No.: 08-cv-1270 |
| v. | ) Judge Shadur |
| | ) Magistrate Judge Mason |
| LT. MCNAMARA, et al., | ) |
| Defendants. | ) |

### ORDER

THIS CAUSE having come before the Court on Plaintiff's, Marius C. Powell's, Motion to Withdraw the Appearance of Michelle L. Martin as Counsel for Plaintiff, due notice provided and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion (Doc. 20) is GRANTED; and

2. The appearance of Michelle L. Martin (Doc. 19) is WITHDRAWN.

IT IS SO ORDERED.

DATED: July 31, 2008

_____
MILTON I. SHADUR
UNITED STATES DISTRICT JUDGE