U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Marius Powell | 08C1270 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Lt. McNamara | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer McHugh, Officer in Sheriff's Police, Cook County Jail

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Cook County Jail, Legal Dept. 2700 S. California Ave., 2nd. Flr. Div.5, Chicago, IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Marius Powell, #2007-0075987
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
AUG 01 2008 YM
Aug 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 04-29-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 of 3 | No. 24 | No. 24 | TD | 04-29-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
NOT SERVED

| Date of Service | Time |
|---|---|
| 7/21/08 | 1200 pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| One Service Charge. Same case + location. See process Stealth 2 for charges | | | | | | |

REMARKS:
1 DUSM 1 Hour 14 miles.
Multiple officer "McHugh" – need more info.

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

## Waiver of Service of Summons

TO: Marius Powell
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Officer McHugh (DEFENDANT NAME) acknowledge receipt of your request that I waive service of summons in the action of Marius Powell vs. Lt. McNamara (CAPTION OF ACTION) which is case number 08C1270 (DOCKET NUMBER) in the United States District Court for the Northern District of Illinois (DISTRICT).

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 29, 2008 (DATE REQUEST WAS SENT) or within 90 days after that date if the request was sent outside the United States.

DATE ____________ SIGNATURE ____________

Printed/Typed Name: ____________

As ____________ (TITLE) of ____________ (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, of that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

Marius Powell

Vs.

Officer McHugh

CASE NUMBER: 08cv1270
JUDGE: Shadur

TO: Officer McHugh

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Marius Powell
#2007-0075987
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: TIANA DAVIS
Tiana Davis, Deputy Clerk

Dated: April 29, 2008

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: ______________________

______________________

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

______________________

[ ] Returned unexecuted: ______________________

[ ] Other (specify): ______________________

______________________

______________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________

Date Signature of Server

______________________

Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1270 | DATE | 4/28/2008 |
| CASE TITLE | Marius Powell vs. Lt. McNamara | | |

**DOCKET ENTRY TEXT**

The Clerk is directed to issue summons and forward them to the United States Marshal for service of process. A status hearing is set for June 9, 2008 at 8:45 a.m. Defendant's counsel is to arrange to make plaintiff available by telephone for the June 9, 2008 status hearing.

Docketing to mail notices.

A TRUE COPY-ATTEST
[illegible] W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: APR 29 2008

RECEIVED
UNITED STATES MARSHAL
2008 APR 29 PM 3:30
NORTHERN DIST. OF IL.
ADMINISTRATIVE SECTION

| Courtroom Deputy Initials: | SN |
|---|---|

BR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 1 4 2008 aaw
Mar 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MARIUS Powell

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 08CV1270
(To be supplied by the Clerk of this Court)

LT. McNamara
SGT. Selemi
OFC. McHugh

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

PAGE ONE OF COMPLAINT from plaintiff with Judge's Copy and three service copies pursuant to the 3/5/08 Order

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

8

A. Name: Marcus Powell

B. List all aliases: N/A

C. Prisoner identification number: 2007-0075287

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chi., IL., 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

MAR 03 2008

RECEIVED

MAR 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Lt. McNamara

Title: LT. in Sheriff's Police

Place of Employment: Cook County Jail - Div. 8

B. Defendant: Sgt. Selemi

Title: Sgt. in Sheriff's Police

Place of Employment: Cook County Jail - Div. 8

C. Defendant: Officer McHugh

Title: Officer in Sheriff's Police

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

RECEIVED

MAR 3 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV1270
JUDGE SHADUR
MAGISTRATE JUDGE MASON

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① Said Brass and officer knowingly, willingly, willfully, intentionally, and maliciously violated my civil rights.

② Said Brass and officer knowingly, willingly, willfully, intentionally, and maliciously violated my rights as specified under the Americans with Disabilities Act

③ Said Brass and Officer knowingly, willfully, willingly, intentionally, and maliciously put my health at risk.

④ Said Brass willingly, knowingly, willfully, intentionally, and maliciously encouraged a period of harassment and retribution.

⑤ Said Brass knowingly, willingly, willfully, intentionally, and maliciously ignored medical prescriptions and medical recommendations.

⑥ Said Brass ignored repeated attempts to obtain confiscated medical equipment provided per medical prescription

(7) Forced to sleep sitting up in my wheelchair overnight due to refusal by Brass to accomadate the return of medically necessary and prescribed equipment. The result causing severe pain in my back, the swelling of my lower limbs and an increased level of spasticity throughout my body thereby putting my health and safety at risk.

(8) Allowed by Brass and officers to suffer undue emotional stress and pain.

(9) Told by said officer that Cook County Jail officers do not like to honor prescripted orders of the medical staff because "the officers feel that if the medical staff prescribes it, they should supply it themselves! They're always prescribing unnecessary things anyway!"

(10) This event occured on Jan 28th 2008 and over a 24 hour period.

V. **Relief:**

**State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

I seek restitution for pain and suffering in the amount of One Million Dollars and the proper and timely enforcement of all Medical prescriptions in a reasonable and effective time for all detainees.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27th day of February, 2008

Marius Powell
(Signature of plaintiff or plaintiffs)

MARIUS POWELL
(Print name)

2007007598 7
(I.D. Number)

P.O. Box: 089002
Chicago, IL.
60608
(Address)



Revised 9/2007