UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIUS POWELL | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1270 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Milton I. Shadur |
| LT. McNAMARA, SGT. SELEMI, OFC. McHUGH, | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**   Karl W. Roth
Roth Law Group LLC
111 West Washington Street
Suite 1437
Chicago, IL 60602

PLEASE TAKE NOTICE that on **August 11, 2008**, I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **ANSWER BY DEFENDANTS SERGEANT ANTHONY SALEMI AND LT. McNAMARA TO PLAINTIFF'S COMPLAINT AT LAW.**

RICHARD A. DEVINE                         By:     /s /*Kevin Frey*
Cook County State's Attorney                      Kevin Frey
500 Richard J. Daley Center                       Assistant State's Attorney
Chicago, IL  60602                                (312) 603-6189
                                                  #6281416

**CERTIFICATE OF SERVICE**

I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above addresses by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **August 11, 2008.**

       */ s/Kevin Frey*